UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 8/17/2020 | **Time:** 2:03pm-2:36pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-01407-YGR | **Case Name:** Optima Direct, LLC v. Dropbox, Inc. | |

**Attorney for Plaintiff:** Isaac Rabicoff
**Attorney for Defendant:** Matthew Hawkinson

**Deputy Clerk:** Frances Stone          **Court Reporter:** Pam Hebel

## PROCEEDINGS

INITIAL CMC- HELD

REFERRAL to ADR for Court Mediation OR for Private Mediation to be completed by 7/2/2021,

Tutorial set Wednesday, 3/31/2021 at 9:00AM

Claim Construction Hearing set Wednesday, 4/7/2021 at 9:00AM.

Notes: Plaintiff counsel to submit the chart of dates [in section 17 of the Joint CMC Statement] as given by the Court today. Chart to be emailed to YGRpo@cand.uscourts.gov by 8/21/2020.