# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OPTIMA DIRECT, LLC,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**DROPBOX INC.,**<br><br>    Defendant. | CASE NO. 20-cv-01407-YGR<br><br>**SCHEDULING ORDER** |

The Court hereby **SETS** the following schedule in the above-captioned case:

| Event | Date | Governing Rule |
|---|---|---|
| Infringement Contentions | August 27, 2020 | Patent L.R. 3-1 & 3-2 |
| Invalidity Contentions | November 10, 2020 | Patent L.R. 3-3 & 3-4 |
| Exchange of Proposed Claim Terms for Construction | November 24, 2020 | Patent L.R. 4.1(a) |
| Exchange Preliminary Claim Constructions and Extrinsic Evidence | December 15, 2020 | Patent L.R. 4-2 |
| Damages Contentions | December 24, 2020 | Patent L.R. 3-8 |
| Joint Claim Construction Prehearing Statement | January 14, 2021 | Patent L.R. 4-3 |
| Responsive Damages Contentions | February 5, 2021 | Patent L.R. 3-9 |
| Complete Claim Construction Discovery | February 9, 2021 | Patent L.R. 4-4 |
| Optima's Opening Claim Construction Brief | February 24, 2021 | Patent L.R. 4-5(a) |
| Dropbox's Responsive Claim Construction Brief | March 16, 2021 | Patent L.R. 4-5(b) |
| Optima's Reply Claim Construction Brief | March 23, 2021 | Patent L.R. 4-5(c) |
| Tutorial | March 31, 2021 at 9:00 a.m. | Court's Standing Order for Patent Cases, ¶ 3 |
| Claim Construction Hearing | April 7, 2021 at 9:00 a.m. | Patent L.R. 4-6 |

The parties are **ORDERED** to complete private mediation no later than July 2, 2021.

**IT IS SO ORDERED.**

Dated: 8/31/2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**