# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **OPTIMA DIRECT, LLC,** | Case No. 4:20-cv-01407-YGR |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| **DROPBOX, INC.,** | |
| Defendant. | |

This matter is before the Court on the Joint Stipulation of Dismissal **with prejudice**. Being so advised, the Court hereby finds that the request should be GRANTED. It is, therefore,

ORDERED that this matter be dismissed **with prejudice.** Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Date: November 24, 2020

_____
Yvonne Gonzalez Rogers
United States District Judge